```
 1              (Recess)

 2              THE COURT:  Let's get the jury.

 3              As to the pending question, let's just see what

 4    time we stop tomorrow.

 5              (WHEREUPON, the jury enters the proceedings.)

 6    BY MR. TASKIER

 7    Q.   Dr. Warren-Boulton, let's reprise for a second so we

 8    can get back to where we were.

 9         I believe you testified that you had done an

10    overpayment analysis in which your overpayment was 421

11    million, and the value of the company was $1,194,000,000; is

12    that correct?

13    A.   That is correct.

14    Q.   And then you have just testified that you decided to

15    look at four outside valuations by others to determine

16    whether that was reasonable, and you came upon four

17    valuations, two by Mr. Peterson, that you described as

18    bookends, 585 million to 2 billion, and, additionally, you

19    looked at a valuation by the investment bankers at Morgan

20    Stanley which came up with a 1.17 billion valuation.  Then

21    you looked at a conditional bid by Lotus for $1.3 billion in

22    March of 1994.

23         Does that fairly summarize your testimony?

24    A.   That is correct.  The other only thing to note is that

25    those were all valuations just of WordPerfect and don't
```

1    include QuatroPro, so when we're going to start to do

2    comparisons sometimes we have to add back in the value of

3    QuatroPro of 155 million.  We're going to do a little apples

4    to apples adjustments.

5    Q.   We have now done your own overpayment analysis, you

6    have four outside valuations.  Did you now turn, as I

7    believe you testified, to doing additional valuations based

8    on financial information from other outside sources?

9    A.   Yes, I did.  As an economist I tried to just do my own

10   evaluation of the valuation of the value of WordPerfect and

11   QuatroPro.

12   Q.   And the way you approach that, is that similar to the

13   way that the Morgan Stanley investment bankers might have

14   approached it?

15   A.   I certainly believe so, yes.  I think that is the

16   standard approach to valuations.

17   Q.   So let me understand, was WordPerfect at this point in

18   time a private company or --

19   A.   Yes.

20   Q.   -- or a public --

21   A.   It was private.

22   Q.   It was a private company.  And it wouldn't have been

23   traded on the stock market?

24   A.   No, and that is our problem in coming with a valuation,

25   so we are stuck with trying to value a privately held

1  company.

2  Q.    But there are ways to value privately held companies

3  that are commonly used?

4  A.    Yes, several.

5  Q.    Can you give us some examples of how you might go

6  about, and how you did go about valuing privately held

7  companies?

8  A.    Well, maybe I can go back to my house.  If you're

9  thinking of buying a house in the neighborhood and you are

10  wondering what is a good bid to make, you might want to sort

11  of -- you need to see if you can find out how much that

12  house sold for recently.  But let's suppose, you know, that

13  that house has not sold in 20 years and so the previous

14  valuation does not tell you very much about what to bid on

15  at the moment.

16      So what you probably do is you do what real estate

17  agents do is you look at comparables, and you go out and you

18  sort of say suppose that I look at houses that were sold in

19  this neighborhood that I am looking at that were similar to

20  my house in as much as possible, and I might try to use

21  those valuations to come up with a bid on the value for my

22  house.

23      Now, even if they are in the same neighborhood and look

24  similar, and they might be different sizes, you know, three

25  bedrooms, four bedrooms and mine is two bedrooms.  And so

1    one way of doing this would be to look at how much similar

2    houses in your neighborhood sold for over the last year or

3    two, and figure out how much that was, say, per square foot,

4    per bedroom, and then multiply that times what your house

5    looks likes.  And that would give you a reasonable idea of

6    what your house would be likely to sell for or what you

7    could bid for.  That is basically I think the approach that

8    you have to take.

9    Q.   Did you do that with certain companies?

10   A.   Yes.  So what I did is I began by looking at a group of

11   companies that WordPerfect at the time identified as

12   comparable for purposes of making comparisons.  So these

13   were the companies that WordPerfect thought that it was

14   similar to in terms of valuation.  They are quite familiar

15   ones.  Intoit, for example, makes TurboTax software, in case

16   you have used it.  Microsoft, of course, we all know.  And

17   Love -- Corel is the company that -- that Novell actually

18   sold this product to.  So there is a number of companies

19   here.

20        And what you can do is you can look at the stock market

21   value, not just the stock market but the total value of

22   those companies, and you can ask the question what is that

23   valuation relative to your earnings?  Okay.  And this is a

24   value to earnings ratio.  The earnings that I am using here

25   in particular is something called EBIDA, E-B-I-D-A, which is

1    earnings before interest, taxes, deprecation and

2    amortization.  It is a particular measure of earnings.  So I

3    am looking at the ratio of value to earnings for all of

4    these companies.

5        You know, even though WordPerfect says they are all

6    comparable, as you'll see there is quite a range here.  It

7    ranges from 9.2 times earnings to a valuation of about 16.3

8    times earnings.  So what I do is I take the median, half

9    above and half below as my best estimate from this of what

10   I'm going to now apply to WordPerfect.  And the median is

11   11.6 times earnings.

12   Q.  How do you get from 11.6 times earnings to a value of

13   WordPerfect?

14   A.  Well, I have to multiply that times the earnings of

15   WordPerfect, during this period of time by median from my

16   eight companies, and the value of the earnings of

17   WordPerfect with EBIDA was 78 million.  I multiply that

18   times my median valuation multiple of 11.6 and I get 903

19   million.

20   Q.  What would WordPerfect have been worth if you valued it

21   with both the highest and lowest multiples in your previous

22   statement?

23   A.  Well, to give you an idea of sort of the range of what

24   we're talking about here, and given the 903 in the middle,

25   the range would be, if you took the lowest multiple, which

1    was 9.2, and you compared that you get 714 million.  If you

2    took the highest multiple which is 16.3, you would be all

3    the way up to 1.2 billion.  So 903 is the median, kind of

4    like the one in the middle.

5    Q.   That gives you yet another value for WordPerfect that

6    you can use as a check against --

7    A.   Yes.

8    Q.   -- your overpayment and value calculation?

9    A.   Right.  It is essentially similar to the process that

10   Morgan Stanley would have gone through.

11   Q.   Did you do anything else to compare WordPerfect to

12   other companies to corroborate its value in a similar way?

13   A.   Yes.  The next is you can look -- it is a little bit

14   closer to the housing sales, when we looked at what houses

15   sold for in your neighborhood, and we can try to have a

16   group of companies that were actually sold during this time

17   period.

18        So I have picked five companies here that all sold over

19   $150 million, and they are roughly in the same SIC codes and

20   the same business.  I have looked at what the ratio was

21   between what they sold for and what their earnings were, so

22   I get another ratio of value to earnings, and in this case

23   it is the transactions value, the value when the company was

24   purchased.

25        So Aldus was purchased by Adobe and the purchase price

1  which was 13.3 times Aldus' earnings.

2  Q.    So these are value earnings and multiples that you have

3  multiplied by the sales of WordPerfect, again, to get the

4  value for WordPerfect?

5  A.    Well, you multiply it times the EBIDA again and we

6  multiply it times the earnings.  So what I have just done is

7  instead of just looking at comparable companies and their

8  valuation in the stock market, I have looked at the

9  transactions value.  When I do the transactions value you

10  can see what I get is a somewhat higher number because, of

11  course, my multiple is higher on the transactions than it is

12  on the straight valuations by looking at their stock price.

13      And so not surprisingly what I am getting now, if I use

14  the median value of 1.4, and if I look at the whole range it

15  is somewhere between one and one and a half.  These are all

16  just different ways of looking at the same --

17  Q.    Is one more relevant than the other?

18  A.    Well, you know, I think that this was the transaction,

19  and it had -- you know, so you're actually buying

20  WordPerfect, so in that sense it is more like a transaction

21  than it is the value of a company.

22      On the other hand, the sample that I was able to come

23  up with for transactions were firms that had at least $150

24  million in terms of transactions.  WordPerfect is

25  significantly larger than that, and so that might have

1  effected the result as well.

2      You know, when I looked at this I basically say I have

3  got two measures, they each have their pluses and minuses,

4  and, you know, when in doubt I am going to be somewhere in

5  between.

6  Q.   Did you do any other analyses of comparable

7  transactions or companies to get additional values to check

8  your original valuation of the overpayment?

9  A.   Yes.   There is a lot of different multiples that people

10  can use here.   We have just been talking about a particular

11  multiple which is EBIDA, earnings before interest, taxes,

12  depreciation and allowances, but people also come up with

13  valuations which are based on a different measure of

14  earnings, which is something called EBIT, which is just

15  earnings before interest and taxes.

16      So now I am going through it in great detail.   I took

17  the same median eight companies and the same five

18  transactions, and instead of coming up with a multiple of

19  EBIDA and then multiplying it times WordPerfect's EBIDA, I

20  came up with a multiple of EBIT and multiplied it times

21  WordPerfect's EBIT, and, as you can see, if you use EBIT

22  instead of EBIDA you come up with a slightly smaller number.

23  674 million if I use comparables, and if I stick with the

24  actual sales of companies I am up to about 1 billion.   Okay.

25      And then, finally, if you can't get earnings, which is

```
 1    usually I think most of us agree is the best way to base
 2    that on, if there are no earnings, and that is often the
 3    case in software, they have negative earnings and all you
 4    can look at is sales, and so what you can now do is you can
 5    look at a multiple of sales as your comparison.  You can
 6    sort of say what is the ratio of the amount that the company
 7    was sold for relative to its sales?
 8         If I take a look at our median 11 companies, and I look
 9    at the ratio of their stock market value, market value to
10    sales, it is about 2.7.  Okay.  They are selling at about
11    2.7 times sales, even though they are selling at 11 times
12    earnings, and so if I then use WordPerfect sales at 674
13    million, what I get is, depending on whether I use
14    transactions or whether I use the existing company, if I use
15    the value to sales ratio then I get an even larger number.
16         So basically, you know, my EBIDA number is going to be
17    in between my EBIT number and my sales ratio number.  These
18    are just a lot of numbers, and I am looking frankly for some
19    kind of central tendency.
20    Q.   And is the whole notion here that you're trying to look
21    for a way to give yourself confidence that what Novell paid
22    for WordPerfect, after you took out the overpayment, is
23    consistent with the value that other investors would have
24    placed on these assets?
25    A.   Yes.  I am really trying to get as many different, you
```

1    know, possible ways of going at this as possible to see if

2    the number that I'm coming up with, if it seems to be close

3    to the number that I originally estimated.

4    Q.   Did you prepare a demonstrative for the jury that

5    compares your values to Dr. Hubbard's valuation and to these

6    other corroborative valuations to help everybody sort of see

7    this other than in a numerical form?

8    A.   Yes.

9    Q.   Tell us what this is.

10   A.   This is what we have seen already.  Okay.  So this is

11   just a review of the bidding again.  We're going to start

12   off with my estimate that I came up with out of the lengthy

13   financial market events study.  I came up with this, as you

14   will recall, by estimating the overpayments and then

15   subtracting it off, and the estimate is 1.134 billion.

16        Now, one thing just to -- as I said before, we have to

17   do to apples and oranges, but what this chart is going to

18   look at is it is going to look at WordPerfect and QuatroPro.

19   Okay.  Those two.  So I have added that in when necessary.

20        Just to kind of quickly review this, and you have seen

21   all this before, what we have is the 1.134 billion from my

22   stock market analysis, and that is my primary methodology,

23   and we have the actual purchase price, the number by now we

24   have all memorized, 1.555 billion, which is what they

25   actually paid for it, and the difference between these two,

1    of course, is my overpayment.  Okay.

2         Then we have the highest number, which is Mr.

3    Peterson's estimate back in '94 that he thought the company

4    was worth $2 billion.  It is higher than two billion because

5    I have added the value of QuatroPro and GroupWise, because

6    at the time that he was valuing it it didn't have QuatroPro

7    and it didn't have GroupWise.

8         Then we go to Mr. Peterson's other estimate and I have

9    done the same sort of thing.  This is his one percent sale

10   and that gets you to 857.  The next one is the Morgan

11   Stanley estimate, and that comes out of the initial public

12   offering in 1993 and that is 1.4442 billion.

13        The next is one of my favorites, which is the Lotus

14   bid.  Again, they bid 1.3 for WordPerfect, but now I'm going

15   to add back QuatroPro.  I am trying to keep it all oranges

16   as possible, and then we come to my attempt to do what

17   Morgan Stanley did by looking at multiples of various

18   earnings or sales, and there is the multiple of EBIDA at

19   1.05 billion, and there is the comparable transactions with

20   EBIDA, which gets you to 1.59 billion.

21        Then I looked at EBIT instead EBIDA, and remember we

22   came up with those two valuations, the 800 and the 1.2

23   billion.  And then what we did is we looked at the sales

24   ration, and that generated the highest ones, and we looked

25   at the value of the sale comparables, and that gets you

1    somewhere between 2 billion and 1.7 billion.

2        So, you know, what I am trying to do is I have tried to

3    look at this thing in as many possible ways as possible, and

4    all the different estimates that are out there, and what I'm

5    really saying is if I look at my estimate of 1.13 billion,

6    you kind of like to look across -- you know, some are higher

7    and some are lower, but it is in the ballpark.  If I look at

8    what Dr. Hubbard's estimate is going to be, which is 207

9    million, it really is way out of line with these other

10   valuations.

11   Q.   Is that a confidence building factor for you in terms

12   of determining whether your analysis of overpayment and

13   value was a correct approach?

14   A.   Yes, it gives me as an economist considerable, you

15   know, confidence in my result.

16   Q.   Now, we have done valuation and we have done the

17   overpayment and now the valuation which confirms it.

18       You talked a little bit earlier about how you also had

19   to value GroupWise.

20   A.   Yes.

21   Q.   You have to take account of the GroupWise assets in

22   1996 for purposes of backing them out of the sale to Corel;

23   isn't that correct?

24   A.   That is correct.  We are back to our first adjustment,

25   which is the GroupWise adjustment, you know, back to our

1    second lot problem and we have to take that up.

2    Q.   You used the land analogy to the second lot to compare?

3    A.   That is right.  As you'll recall, we have to take

4    GroupWise out because GroupWise is like my second lot, and I

5    placed a valuation on GroupWise of 117 million.

6    Q.   So tell us quickly, if you can, how you went about

7    calculating the value of GroupWise?

8    A.   Well, I had the same problem.  I don't have a publicly

9    traded company so I have to do, you know, my comparables or

10   walk around the neighborhood sort of solution.  And so I

11   looked at three possible ways to value GroupWise and came up

12   with a range, and I picked the largest number as I have

13   said.

14        The first really is the simplist.  It basically says

15   that Novell, when Novell made that offer for WordPerfect

16   what was the offer relative to the sales?  It was offering

17   to pay 1.44 billion for WordPerfect.  WordPerfect's sales

18   were 707 million, so that gives me a valuation based on

19   sales that they were paying about two times sales.

20        If I multiply that times GroupWise's actual revenues

21   and in 1993, you know, I get a number of $52 million.  Now,

22   some of you may remember Mr. Peterson's testimony when he

23   also talked about --

24   Q.   Mr. Frankenberg.

25   A.   Yes, Mr. Frankenberg.

1    Mr. Frankenberg said in testimony when he was asked

2   about the valuation of GroupWise he said, well, you know,

3   GroupWise at the time was about four percent of the sales of

4   WordPerfect, and so one thing you could do is you could just

5   take four percent of the value of WordPerfect, of the 1440,

6   and that is exactly the same methodology.  So if you do that

7   and just say, well, I am going to take four percent of the

8   sales of WordPerfect you also get to $52 million.

9    But, you know, I am searching for other ways to value

10  it, and as you may have heard in 1994, and I'm not sure

11  whether you have, but WordPerfect acquired a company called

12  Soft Solutions.

13         THE COURT:  I think this is knew, isn't it?  You

14  can get into it, I was just curious --

15         MR. TASKIER:  I believe Mr. Harral mentioned that

16  it was acquired at the time, Your Honor.

17         THE WITNESS:  Well, Soft Solutions was a small

18  company, and what WordPerfect wanted to do was to put it

19  together in its GroupWise, and so it is very, very similar

20  to GroupWise and became part of GroupWise.  So it seemed

21  like a natural thing to pick.  They paid $17.5 million for

22  it.  Its sales -- its sales were 10.29, so they were paying

23  a multiple on Soft Solutions of 1.7.

24         So if we apply that same multiple to the rest of

25  GroupWise, okay, GroupWise as a whole had revenues of 41.5

1    million in '94, and if we multiply that by 1.7, now we wind

2    up with a valuation of 70 million.

3            And then, finally, again, in the attempt to create

4    a range here, what I did is I looked at Lotus, a very

5    successful company, and I looked at the market value of

6    Lotus relative to its sales, and that is about 2.82.  That

7    is the highest valuation.  If I multiply that times

8    GroupWise's revenue or 41 million, that is when I wound up

9    to 117 million.  So, you know, these valuations get you

10   anywhere from 52 million to 117 million.

11   Q.   Now, in your initial report in this case, your initial

12   expert report, you came up with a different value for

13   GroupWise; isn't that correct?

14   A.   That is correct.

15   Q.   Can you explain why you have that?

16   A.   Well, when I read Mr. Frankenberg's deposition he

17   talked about -- he went back and forth on what GroupWise

18   might be worth, and in all honesty it was not a very clear

19   discussion, but I tried to interpret that and see if I could

20   figure out from that what Mr. Frankenberg thought GroupWise

21   was worth in 1994.  And I came up with a valuation I think

22   of about 200 million or something like this.

23           Since then Mr. Frankenberg has testified, and I have

24   read that part of the testimony, and I think it is clear

25   that he was not talking about what I thought he was talking

1    about.  He was talking about some kind of a strategic

2    forward looking valuation for GroupWise in 1996, and what I

3    am interested in is, you know, what was it worth in 1994 as

4    a real asset.

5        And so in the end I decided to go with the highest

6    number that I could get out of my comparables which was 117.

7    Q.   So you have chosen the 117, the highest number?

8    A.   Yes.

9    Q.   Why did you choose the highest number?

10   A.   Well, it is because in an attempt to be conservative,

11   and if I have a range I want to pick the highest number, it

12   is going to generate the lowest damages.  And also I think

13   that this is very, very close to what Dr. Hubbard came up

14   with as well, although through a completely different

15   process.

16   Q.   So this is not really in contention with what Dr.

17   Hubbard came up with?

18   A.   Excuse me?

19   Q.   What number did Dr. Hubbard come up with?

20   A.   I think Dr. Hubbard was like 113 or something like

21   that.  It is very close.

22   Q.   Not significant?

23   A.   As I said before, this does not seem to be an area of

24   much disagreement.

25   Q.   So how are we doing here?

```
 1   A.    We are doing pretty well.  We have got two done, and I
 2   guess we just have the third to go, and we have only one
 3   more adjustment to go.
 4   Q.    What is your last adjustment?
 5   A.    All right.  So we have done GroupWise, we have done the
 6   value of the overpayment, and all we have is the apps
 7   appreciation.
 8   Q.    Why would the applications have appreciated over a
 9   period of time?
10   A.    Well, this was during a period when business was
11   growing.  I think if you look at the slide you can see this
12   is going back to your earlier thing, and if you look at the
13   productivity applications revenue -- you know, which was
14   doing very well and which was growing very nicely, and you
15   would expect somebody in this business, absent bad acts or
16   things like that, to continue to appreciate over this
17   period.
18   Q.    What benchmark do you use when you try and figure out
19   what the increase in value of WordPerfect and QuatroPro
20   would have been absent the bad acts of Microsoft?
21   A.    Well, probably the simplest benchmark to use would be
22   what happens to all companies, if you wanted a broad index,
23   and you would simply adjust it by what happened to the S&P
24   500 over this time period.  If you wanted to narrow it down
25   a little bit and say I am interested in what happened to
```

1    technology stocks over this time period, you could take

2    something like the NASDAQ, which is more technology heavy,

3    and look at that index.  Both of those indexes I recall went

4    up by something like 20 percent over this two year period.

5         What I did is I asked myself what is the lowest

6    reasonable interest rate or rate of appreciation that we can

7    be talking about here, and so what I used is the interest

8    rate on T bills, which is government bonds, and that is

9    basically the safest form of investment.  At the time I

10   think it was about five percent a year.

11        And if you wanted to think of analogies, it would be if

12   Novell took its money and instead of investing it in the

13   NASDAQ or the S&P 500, if they invested it in T bills how

14   much would they have had by the end of the period?  This is

15   basically my attempt to come up with some level of

16   appreciation between the two years.

17   Q.   And Dr. Hubbard also allowed for appreciation?

18   A.   Yes, he did.  And we used -- I think he also used the T

19   bill rate.  As I say, it generates the most conservative

20   estimate and generates the lowest number of damages.

21   Q.   Just so your opinion is clear, what is your final

22   damage figure as a result of this analysis?

23   A.   Well, we come down to the end here, and I wind up

24   having gone through this admittedly rather lengthy process

25   with a damage figure of 976 million out of my purchase

1  versus sales using the financial market methodology.  I

2  would say that is my primary methodology.

3  Q.    So you also on your hardboard chart over there where it

4  says purchase versus sale, Lotus conditional bid, you have a

5  different figure; is that correct?

6  A.    Yes.

7  Q.    Now, what you have done for the 976 million is a fairly

8  long and sort of complicated story about overpayment and

9  financial market valuations.  Is there a way to arrive at an

10  estimate using another valuation without having to go

11  through what happened or didn't happen in the stock market?

12  A.    Yes.  There is a much shorter way to get there, and it

13  is basically to say that instead of looking at all of this

14  stuff we have looked at before, suppose that we just look at

15  Lotus's bid.  And suppose we say, well, you know, Lotus bid

16  is less than what Novell paid for it, but if we can accept

17  the idea that it is sort of unlikely that that bid from

18  Lotus would involve any overpayments, what we can do is we

19  can use Lotus's bid and then we don't have to worry about

20  the overpayment issue.

21     So that is basically -- we still have to make our same

22  adjustments, but this is really very quick.  What we do now

23  is we take the WordPerfect purchase of 1,300, I mean, that

24  is the Lotus bid, okay, and I have to add on QuatroPro

25  because they were only bidding on WordPerfect, so what I get

1    is an estimate of what the assets were worth in 1994 using

2    Lotus as my proxy for WordPerfect, and that is 1.455.

3        Then I do exactly the same story.  We kept GroupWise,

4    and I have to subtract out that 117, and we don't have an

5    overpayment anymore because we are using Lotus instead of an

6    overpayment.  I have some apps appreciation here, and it is

7    a little bit higher, ten percent of the bigger number, and

8    by the time I go through and I subtract my 146, now I have

9    another estimate of damages.

10       It is a much shortened version, and relying on the idea

11   that Lotus's bid was a reasonable estimate of the value of

12   WordPerfect.  That gets me to a damage number of about 1.329

13   billion.  That is significantly higher than the 976, and

14   that is what makes me a little more comfortable with my 976.

15   Q.   Just to be clear, there are three areas where you made

16   adjustments, GroupWise, overpayment and applications

17   appreciation, the interest rate; is that correct?

18   A.   Right.

19   Q.   And overpayment is where you have your biggest

20   disagreement with Dr. Hubbard?

21   A.   That is correct.

22   Q.   So this particular analysis strips that out?

23   A.   Yes, it does.  It replaces the inquiry with respect to

24   overpayment with basically the question of does one believe

25   that the $1.3 billion that Lotus offered, was that a

1    reasonable market estimate of what those assets would be

2    worth.

3    Q.    And there is no significant disagreement with respect

4    to GroupWise, being that you're just three or $4 million

5    apart on that, right?

6    A.    That is correct.

7    Q.    And there is no significant disagreement on

8    appreciation, because you're using the exact same interest

9    rate?

10    A.    Exactly.

11    Q.    Thank you.

12        Back when we started this morning you said that

13    Microsoft's anticompetitive conduct harmed Novell in two

14    different ways.

15    A.    Yes.

16    Q.    And those are the two different ways that are on the

17    screen?

18    A.    Yes.

19    Q.    Now, in principle can an argument be made that

20    Microsoft's anticompetitive conduct was not the only reason

21    why the value of the assets that Novell acquired in March of

22    1994 could have fallen by January of 1996?

23    A.    Yes.

24    Q.    In other words, that there is there some other reason

25    or other reasons apart from, in principle, apart from the

```
1    bad acts and the anticompetitive action, pulling the
2    namespace extensions?
3    A.   Yes, there are, and Microsoft and its experts have
4    mentioned several of them, and so I have done my best here
5    to list what I think are the arguments that have been made
6    and are likely to be made as to why maybe this wasn't
7    Microsoft's fault, maybe something else had caused this fall
8    or can explain --
9    Q.   Before we go through each one and your analysis on each
10   one, can you give us your opinion as to how you analyzed it,
11   and your opinions as to whether any of these are credible
12   explanations for the declines in the value of the business
13   applications?
14   A.   Well, the answer is no.  I don't think any of these
15   provide a credible explanation, and I am going to go through
16   and explain why.
17   Q.   Now, are you testify as an industry expert?
18   A.   No, I am not testifying as an industry expert or as a
19   technology expert.  I think you asked both of those before.
20   Q.   You're just testifying in the context of causation and
21   as an economist?
22   A.   Yes.
23   Q.   Let's start with the first one.  It says WordPerfect's
24   migration from DOS to Windows.
25        What is that allegation?
```

```
 1   A.   Well, to the best of my understanding it is the

 2   argument that says that WordPerfect was late in migrating

 3   from DOS to Windows, and with that particular history the

 4   market might have looked at that and said, well, given its

 5   history of being late in migration or difficulties in

 6   migrating from one operating system platform to another

 7   operating system platform, maybe the market might think that

 8   that is likely to be repeated in the future.  And so in that

 9   sense we should have expected that WordPerfect and Novell

10   would not have done well when Windows 95 came along, because

11   they didn't supposedly do all that well when Windows came

12   along.  They were slow in the migration process.

13   Q.   Did you do an analysis of the revenues of WordPerfect's

14   word processor during this period of time?

15   A.   Yes.  I think my response to this is going to be pretty

16   clear when you look at the numbers.  This is WordPerfect's

17   word processor revenues on DOS.  As you can see, and I don't

18   think anybody disputes this, WordPerfect did very well on

19   DOS.

20        Indeed, in 1990 and 1991 they were selling more than

21   $350 million a year of word processors for DOS.  In that

22   particular time period that is a very substantial number.

23        The next transition comes to Windows 3, and if you now

24   look at what WordPerfect sold on the Windows 3X platform,

25   which was 3.0, what you see is that blue line, and what you
```

1    see is essentially up until the point where 1995 comes along

2    that they are doing quite well on the Windows platform.

3        So, you know, I think that if you look at somebody who

4    was doing yellow and then was coming along like this on the

5    blue, I don't really see any indication that Novell was

6    having much of a transition problem from DOS to Windows.

7    They were late coming out on Windows, but when they did they

8    did quite well.

9    Q.   And did you further examine what happened after Windows

10   95 came out?

11   A.   That is right.  Here is where the difference comes,

12   which is Windows 95 comes out and now we're talking about

13   the revenue on Perfect Office for Windows 95.  And what you

14   could see is now simply a dramatic difference.  Okay.

15       In other words, this falls way off.  The red bars fall

16   way off.  I don't think anybody looking at these two would

17   say, oh, I am going to expect this to happen.  So the past

18   history of looking at Windows and the experience between

19   these two platforms I don't think would leave anybody to

20   expect to see this.  Okay.

21           MR. JARDINE:  Your Honor, may we approach the

22   bench?

23           THE COURT:  Yes.

24           (WHEREUPON, a bench conference was begun.)

25           MR. JARDINE:  I have two issues I want to raise.

1          Number one, he has testified he is not a market

2   expert, and he is now testifying about what was happening in

3   the market, so I would like to move to strike that.  The

4   next thing on his chart, if you go back, is a reference to

5   DR DOS, and in his report he refers to the settlement

6   amount --

7          MR. TASKIER:  He will not -- I have no intentions

8   of eliciting the settlement amount.

9          MR. JARDINE:  But if he says it --

10          THE COURT:  I think he is close to a marketing

11   expert, too, but I will overrule it and emphasize that he is

12   only testifying as an economist and not as a market expert

13   and the settlement issue is not an issue.

14          MR. TASKIER:  Judge, just to be clear, I asked him

15   if he was an industry expert he said that he wasn't, he was

16   looking at it as --

17          THE COURT:  I know.  I understand that.  I'm just

18   going to say it myself.

19          MR. JARDINE:  Okay.  You can say you're not, but

20   then when you're testifying --

21          MR. TASKIER:  I will make it clear at this moment,

22   just so that you understand and so we don't have any

23   blow-ups, he will testify about the reasons why -- Dr.

24   Hubbard attacks Novell for not being able to process or for

25   failing at managing the DR DOS business.

 1          MR. JARDINE:  His report says that.  Whether he

 2   says that here is another matter.

 3          MR. TASKIER:  His report says that.  I have to be

 4   prepared with my expert.  That is what he is going to say.

 5   My expert will rebut that by referring to the fact that it

 6   was not because of competitive reasons, but because

 7   Microsoft was anticompetitive and driving DR DOS out of

 8   business.

 9          MR. JARDINE:  Well, I will represent to you, Your

10   Honor, that that is poisonous testimony if he gets into the

11   settlement and other things, and we will not have Dr.

12   Hubbard testify about that.

13          MR. TASKIER:  Well, you won't have Dr. Hubbard

14   testify about --

15          MR. JARDINE:  About the mismanagement of those

16   specific assets.

17          MR. TASKIER:  All right.  Then I will try not to

18   elicit --

19          THE COURT:  If something happens with Dr. Hubbard

20   you can in rebuttal --

21          MR. TASKIER:  I wanted to raise it.

22          THE COURT:  Thank you.

23          (WHEREUPON, the bench conference was concluded.)

24          THE COURT:  We have clarified a couple of issues

25   and it was helpful, and the doctor when he testifies is not

1   testifying as an industry expert, and let me just reiterate

2   that he is testifying as an economist and not as a marketing

3   expert or anything of that nature, he is testifying as an

4   economist.

5   BY MR. TASKIER

6   Q.    Let's talk about an economics question.  Say that had

7   the market believed that WordPerfect was unable to

8   successfully transition to Windows 95 back in early '94,

9   would that have effected the damages in this case?

10  A.    No, it wouldn't effect the damages, and the reason is

11  because you have to think who it would have effected.  Let's

12  suppose that WordPerfect came into this with any kind of

13  history, like a history of having problems in transitioning

14  to a new system.  And let's suppose that people thought that

15  that problem was going to stay on, that Novell wasn't going

16  to be able to fix it.  Okay.

17      So I have some real problem with WordPerfect, and I

18  think that that is going to be projectable into the future

19  and so it is going to create real problems into the future

20  for anybody.  Well, what is going to happen then, is that

21  when WordPerfect comes to sell itself, you know, that

22  characteristic is known, this history is known.  People must

23  have, for whatever it is worth, looked at this and said do I

24  think that there is likely to be any problem in the future

25  with a transition because of the very nature of WordPerfect?

1      And if there is, then what happens is WordPerfect is

2   not going to be able to get as high a price for itself as it

3   otherwise could, because as long as people know about this

4   and expect it to happen, what would happen is that if people

5   had known or believed that this red outcome was inevitably

6   because of past experience, the price of WordPerfect would

7   have been much, much lower and Novell would have paid much

8   less.

9      If this hypothesis was true and there really was this

10  problem, the person that is harmed by this is the original

11  owners of WordPerfect.  When they came to sale their assets,

12  there house is damaged, okay, and everybody knew it was

13  damaged.  So even if this is correct as a factual matter

14  and, as I say, I am not a marketing expert, as an economics

15  matter, you know, it is the kind of an argument that belongs

16  in a damage calculation.

17  Q.   So let's turn to the second set of reasons that were

18  advanced as to why there was a loss of sales and value under

19  Novell's ownership.  Novell's management of prior

20  acquisitions in DR DOS and Unix Systems Laboratories.

21      Why don't you just quickly here mention that, Dr.

22  Warren-Boulton.  Although it is mentioned, DR DOS is

23  mentioned in Dr. Hubbard's report, I am given to understand

24  that that will not be an argument that is presented to the

25  jury, so we don't have to address that here.  You should

1  limit your comments to the Unix Systems Laboratories

2  allegations.

3      What do you understand about Dr. Hubbard's allegations

4  with respect to the Unix Systems Laboratories?

5  A.   Well --

6          MR. JARDINE:  Your Honor, I just want to make sure

7  that we have a continuing objection that he is testifying

8  outside of the scope of his expertise.

9          THE COURT:  Of course you do.

10         MR. JARDINE:  Thank you.

11         THE COURT:  And what I said before is true.

12  Obviously he is testifying as an economist and nothing more

13  or nothing less.

14  BY MR. TASKIER

15  Q.   What was this second acquisition that you considered?

16  A.   Well, the second issue that was raised was Novell's

17  acquisition of Unix Systems Laboratories and how well that

18  was managed, and the allegation is that would make the

19  market believe that Novell just wasn't very good at managing

20  acquisitions.  And if it wasn't very good at managing Unix

21  Systems, then the implication would be that people would

22  think that when they came to buy WordPerfect that they would

23  manage WordPerfect badly as well, and that would be one of

24  the reasons why analysts or others would think that the

25  price that they were paying for WordPerfect was too high.

1  Q.    Did you do any analysis to determine whether the market

2  thought that if Novell had done a bad job managing Unix,

3  that that would imply poor management of WordPerfect as

4  sell?

5  A.    I did a pretty simply check.  I asked my staff to do a

6  search through all of the news articles around the time that

7  Novell purchased WordPerfect.  You know, search for the word

8  Unix and combined with everything else and see if we could

9  find any mention of anybody at that time who sort of even

10 raised this argument that the experience with Unix meant

11 that the acquisition by Novell was a bad idea, because

12 Novell was going to manage this badly.  And we could find

13 nothing at all.

14      So I think this was, as best I can see, this is an

15 argument that simply wasn't salient at the time at all.

16 Q.    Let's talk about the third of these potential

17 explanations, that WordPerfect was allegedly linked to

18 suites.

19      Can you explain your understanding of the allegation?

20 A.    Well, I think the allegation is that as compared

21 particularly with both Lotus and with Microsoft, WordPerfect

22 came to the suite world third.  It was later than the others

23 in developing a really good suite.  I think there is also an

24 argument here that the suite that WordPerfect came up with,

25 particularly with QuatroPro, might not have been as good as

1   the other suites.  There are really two arguments here, a

2   late suite argument and that the suite maybe was not all

3   that good argument.  And so the question is does this

4   history of being late, again, this history story,

5   WordPerfect was late to suite and does that mean that Novell

6   will be late to suites?  And that Novell would also not be

7   able to introduce suites rapidly or introduce good suites

8   if, hypothetically, WordPerfect had been unable to do that.

9   Q.   So what conclusion did you reach regarding the argument

10  that WordPerfect missed the transition to suites?

11  A.   Well, to begin with, WordPerfect was the third to come

12  out.  The suite that they did come up with was the one with

13  Borland Office, and it was not as well received.  The

14  argument was that it was not really well integrated.

15      But if we look at what actually happened when Novell

16  came out with this suite, which was Perfect Office 3.0,

17  there are a couple things.  One is my view is that Perfect

18  Office 3.0 was very well received.  It got very good

19  reviews.  And one of the things that was true about the

20  Perfect Office suite, and I know it wasn't very well

21  integrated, and in fact if you go book and you look at some

22  of the reports of the discussion at the time of the

23  acquisition as to what were the strategic gains from being

24  able to have this merger between Novell and WordPerfect and

25  QuatroPro, one of the things that gets mentioned is that by

1   bringing together QuatroPro and WordPerfect under the same

2   roof, the umbrella is trying to integrate two separately

3   owned applications.

4        Well, this is going to make it much, much easier and

5   more direct for Novell to succeed in integrating these

6   applications, in coming up with a really good suite, better

7   than they otherwise would have done.

8   Q.   Did you look at the evidence to assess Novell's

9   opportunity to make the transition to suites?

10        Did you prepare a slide for the jury?

11   A.   Sure.  I think this is really -- I don't want to repeat

12   too much, but I think that Mr. Frankenberg has covered most

13   of this.  You know, Mr. Frankenberg really did not believe

14   that Novell had missed the train or had missed the boat or

15   whatever it was in getting into suites.

16        What he pointed to is that in 1994 WordPerfect's user

17   base was actually larger over all of 1994 than Word's.  The

18   user base, remember, is that real opportunity set that you

19   have of your devoted fans or the people who are using your

20   word processor, and those are the people who are most likely

21   to switch to your suites, okay, because they like your word

22   processor.

23        And so in 1994, you know, the train had not left.  In

24   fact, I think he said -- here it is.  74 percent of the

25   potential customers had not decided on a suite.  So, you

1    know, the game was still up.  He made the point that in 1994

2    was the first year that suite application sales actually

3    exceeded standalones.  I think the point to remember about

4    that is that the install base lags well behind sales.

5        So, you know, you have this large install base of

6    people who are using standalone applications, say for word

7    processing, and then people start buying suites, and even

8    when people are buying more suites than standalone

9    applications, because they only transition slowly, that

10   install base of people with standalone applications is still

11   there.  So even when suite sales are higher than standalone

12   sales, install base of standalones sales, which really is

13   your opportunity, is greater than the install base of people

14   who have already committed to a suite.

15       Again, the idea here is get them to transfer to your

16   suite before they transfer to somebody else's suite, and

17   that opportunity I think was really there.  That is

18   certainly what Mr. Frankenberg, whose testimony I was

19   relying on, believed at the time.

20       As a final point, and as I mentioned and I think you

21   mentioned as well, Perfect Office 3.0 was very well received

22   and was highly regarded.  So whatever the concern was, it

23   turned out that it wasn't a concern.

24           MR. JARDINE:  Your Honor, if I may be heard, the

25   length of the answers makes it difficult to object, but I

```
1    think most of that testimony got into marketing expertise

2    and --

3            THE COURT:  I think basically what it got into is

4    what Mr. Frankenberg testified to, but I think the jury

5    remembers what he testified to and it probably is harmless.

6    I understand your position, but it is overruled.

7            Really what you were saying is what you had read

8    Mr. Frankenberg to say.

9            THE WITNESS:  Exactly.  If Dr. Frankenberg said

10   something and I said something else --

11           THE COURT:  That is fine.  In a trial of this

12   length it is not a problem.

13           Go ahead.

14   BY MR. TASKIER

15   Q.   Just to ask in conclusion, your opinion on the

16   allegation that WordPerfect's loss of sales and value under

17   Novell's ownership being effected because WordPerfect was

18   allegedly to --

19           THE COURT:  I am going to sustain the anticipated

20   objection to that question on the grounds that it may be

21   more marketing than as an economist.  I really think that

22   the jury can evaluate Mr. Frankenberg.

23           MR. TASKIER:  I think he has answered that, Your

24   Honor.  Thank you.

25   BY MR. TASKIER
```

1    Q.   Let's talk about the fourth of the potential

2    explanations where it says late to Windows 95 because

3    focused on other projects.

4         Did you prepare a slide to discuss this?

5    A.   Yes, I did.

6    Q.   Can you explain your analysis here.

7    A.   Well, there could be two kinds of arguments that are

8    made here.  One possibility is that one might say, well,

9    maybe Novell was just less willing to spend money on R and D

10   and development than WordPerfect was.  They cut back on

11   their R and D and development expenditures.

12        That really is not the case.  If you look at the data

13   on the percent of revenues spent on research and development

14   by Novell and compare it with WordPerfect, they are pretty

15   much straight in line.  So I don't think there is going to

16   be any concern here about the idea that Novell was less R

17   and D intensive or unwilling to spend the money.

18        I think if it is a concern here, apparently it is a

19   question of did they spend the money on the 16 bit 3.0, for

20   Windows 3.0, and did they not spend enough money on the

21   Windows 95 product?  You know, if that were true, could that

22   partially explain some of the delay in coming out with

23   Windows 95.

24        Now, here, essentially, and I am not a marketing

25   person, and I am also even less, you know, a technology

1   person and so, you know, I am essentially relying on the

2   testimony of Mr. Gibb and Mr. Harral and Mr. Richardson who

3   testified in front of you extensively.  It is my reading of

4   that testimony that --

5            THE COURT:  Let's move on to something else.

6            MR. TASKIER:  Thank you.

7            THE COURT:  I think the jury can see it again, and

8   it can remind people of what they testified to, but your

9   reading the testimony probably isn't -- we should go on to

10  something else.

11           THE WITNESS:  I prefer to leave it that way

12  anyway.

13           MR. TASKIER:  I am not --

14           THE COURT:  No, you're doing a good job.

15  BY MR. TASKIER

16  Q.   Let's talk about this final potential explanation that

17  was asserted by Microsoft which is sales force

18  reorganization.  Does that refer to layoffs that the jury

19  has heard about in 1994 as part of Mr. Frankenberg's

20  testimony?

21  A.   Yes.  Mr. Frankenberg testified about the lay off of

22  the sales force.

23  Q.   As an economist can you tell us, analyzing industrial

24  organizations, whether you believe that there is some

25  validity in the allegation that has been asserted by

1    Microsoft?

2    A.    I think I will try to differentiate myself from Mr.

3    Frankenberg.  I don't know if I will do a perfect job.  A

4    couple of things.

5        First of all, when you look back at what the market

6    thought this merger was all about, it is clear that the

7    financial markets and the analysts thought that

8    WordPerfect's sales strategy was just far too expensive.

9    They essentially had a very extensive sales force that -- I

10   guess it sold at retail.  When you look at the data on the

11   costs, you know, what you see is, you know, significant

12   increases in the costs of selling, and this really ate into

13   the bottom line for WordPerfect.

14       One of the attractions that people mentioned at the

15   time of the merger was that this particular acquisition by

16   acquiring -- specifically by merging with Novell, Novell had

17   a very good sales force, albeit in a somewhat different

18   direction.  They had what you might call a dealer network.

19   The dealer network is a much, much less expensive way to

20   sell than through this, you know, going all the way straight

21   through to the customers.

22       The belief was that one of the real opportunities out

23   of this merger was to take WordPerfect's selling direct

24   process and basically piggyback it onto this very extensive

25   set of I think about 20,000 dealers that Novell had.

1        This was --

2            MR. JARDINE:  Your Honor, if I may interrupt, I

3    think he is testifying as to what the belief of Novell's

4    management was and is far afield and is not economic expert

5    testimony.

6            MR. TASKIER:  With respect, Your Honor, I think he

7    is testifying as an expert in industrial organization.

8            THE COURT:  I think, among other things, he is

9    testifying that this very reorganization was anticipated at

10   the time of the purchase and then analyzed it as an

11   economist.

12           I am going to allow him to continue.

13           MR. TASKIER:  Thank you, Your Honor.

14           THE WITNESS:  This was really identified as one of

15   the opportunities to come out of this.  That is sort of my

16   first point.

17           Second, as I understand the timing here, the

18   layoffs occurred almost immediately after the merger was

19   finalized, and so we're talking about an early period when

20   the product that Novell had out there was Perfect Office

21   3.0.  So, you know, if the sales force reduction did have an

22   effect on revenue, you would expect it to have a revenue

23   effect on Perfect Office 3.0, and Perfect Office 3.0 did

24   very well.  So we are not talking about what the sales force

25   would have looked like by the time the Windows 95 product

1   had come along.

2          THE COURT:  I am going to strike that.  I don't

3   think that is really in his area of expertise.  I just don't

4   see how an economist -- an economist can opine on

5   everything, but I am just not comfortable with that

6   testimony.

7          MR. TASKIER:  I think he is talking, Your Honor,

8   about the economic effects of what happened with the sales

9   in Windows 95.  If the argument is that the reduction in the

10  sales that would have been excepted in the sale of Windows

11  95, he is testifying as an economist that the layoffs that

12  occurred much earlier would have only effected the sales

13  earlier and would not have effected Windows 95.  I am not

14  sure that came out clear, Your Honor, but I think that is

15  quintessentially economic testimony.

16         MR. JARDINE:  Your Honor, on that point, the

17  problem is he is now testifying to facts not in evidence, in

18  addition to the scope.  I just think that is --

19         THE COURT:  I understand the position.  I think

20  the best thing is to leave this to argument based upon the

21  existing evidence.

22         MR. TASKIER:  I am sorry, Your Honor?

23         THE COURT:  I think the best thing to do is to

24  leave this to argument of counsel and the existing evidence.

25         MR. TASKIER:  Thank you.

```
 1   BY MR. TASKIER
 2   Q.   Did you do a financial market analysis that would add
 3   to your understanding as to what happened here?
 4   A.   Well, this is something I think I probably can say,
 5   which is, again, I looked at what the financial markets
 6   about this, and I did look at what happened when Novell
 7   announced that it was laying off all its sales force and its
 8   share price actually rose a little bit.  I don't see -- when
 9   I look at it I don't see any evidence that the financial
10   markets thought that this was a really bad idea.  I can
11   say --
12            THE COURT:  That is perfectly appropriate
13   testimony.  There is no objection and it is appropriate.
14            MR. TASKIER:  Thank you, Your Honor.
15   BY MR. TASKIER
16   Q.   Your ultimate conclusion, and I think you stated it
17   earlier with respect to these five arguments, was what?
18   A.   It is that I don't see these as explanations for signs
19   of an effect that we saw.  I don't see it basically as a
20   rival to the alternative explanation, which is the one that
21   the three developers basically offered, which is the pulling
22   of the namespace extensions and the delaying of the release
23   of Windows 59.
24      I mean, that seems to be a direct, straightforward,
25   clear, large effect, and none of those, when I look at any
```

1  of these, do I really get any feel that any of them are

2  significant or even there.

3  Q.   All right.  So we have now gone through your first

4  damages approach, we have unpacked that and we have analyzed

5  overpayment, and we have gone around valuation and we

6  analyzed alternative valuations that corroborated your

7  valuation, and we have now looked at your secondary damages

8  figure based on the Lotus conditional bid, and why you think

9  that is a cleaner way to approach it.  We have now just

10  talked about your notion and you understanding of the

11  causation and why the allegations asserted by Microsoft

12  don't really explain the loss in value to Novell.

13       Now let's turn to the two alternative, the east and

14  west of the mountains, if you will, damage estimates that

15  you come up with.  The first one is based on the October 6,

16  1995 financial amount.

17       Can you explain this?

18  A.   Yes, and we are more then halfway through.

19       On October 6, 1995 Novell released a press release to

20  the market, and I think I actually had it at some point.

21            MR. TASKIER:  May I approach, Your Honor?

22  BY MR. TASKIER

23  Q.   I think that is Plaintiff's Exhibit 335.

24  A.   Yes.

25  Q.   Is this what you're talking about, Doctor?

1    A.    This is it.  Can we kind of narrow it down on the

2    screen a little bit?  That is good.  All right.

3         This is a press release.  As you can see it is October

4    6, 1995.  And the heading actually is Novell announced its

5    fourth fiscal quarter earnings below expectations.  Indeed,

6    if you track down to -- here we go -- yes, the company said

7    preliminary indications based on the first two months of the

8    quarter are that its WordPerfect family of personal

9    productivity applications products could deliver more than

10   75 million.

11             THE COURT:  Did you say deliver?  I am sorry.

12             THE WITNESS:  Decline.  My apologies.

13             Could decline more than 75 million from the 134

14   million contributed by applications the year before.

15             That is really the first part of this

16   announcement, and what it is saying is we made less money in

17   this quarter than we thought we were going to make and that

18   the market thought we were going to make.  Now, the amount

19   of that less money can be calculated by looking at its

20   earnings announcement, and it is about -- I think doctor --

21   BY MR. TASKIER

22   Q.    Hubbard.

23   A.    Dr. Hubbard and I have agreed on this.  It is about $41

24   million.  Not a small amount, but what Novell is essentially

25   announcing here is we have $41 million less in the bank than

1    we thought we had.

2         Now, if that was the end of the story what I would

3    expect to see, when I look at the stock market valuation, I

4    would expect the stock market to say, okay, the company is

5    worth $41 million less than I thought it was.  We're going

6    to drop the value of the shares by $41 million.

7         But, as it turns out, they dropped it by a lot more

8    than that, and the reason why they dropped it more than that

9    is down in here, which is they said Novell applications

10   designed specifically for this new operating system, Windows

11   95, are not available today but are expected to ship early

12   in 1996.

13   Q.   Why is that significant?

14        MR. JARDINE:  Your Honor, I move to strike his

15   answer that the reason the market fell was that, and he is

16   going to give us his opinion why it --

17        THE COURT:  According to his opinion the reason

18   the mark fell we'll strike.

19        MR. JARDINE:  Thank you, Your Honor.

20        THE COURT:  And that it was because of the late

21   delivery.

22        THE WITNESS:  I am sorry?

23        THE COURT:  You're good.  It is just that

24   everybody recognizes that this is your opinion.

25        THE WITNESS:  Yes.

```
 1              THE COURT:  It will be for the jury to determine
 2     what the reason was.
 3     BY MR. TASKIER
 4     Q.   Why was that significant in your opinion?
 5     A.   Well, that is significant in my opinion because, as I
 6     think we may have already talked about, it is really
 7     important when Windows 95 comes out.  To come out with your
 8     application, you know, within some reasonable time period
 9     that you're willing to make.  If you're too late you're
10     really going to miss the boat.  The boat sales or the train
11     sales, or what the analogy is, you know, it does not come
12     back for you, because once people have switched to some
13     other application, as I said before, you're never going to
14     get them back again.
15          So I think everybody at WordPerfect and everybody
16     realized the really crucial importance of getting their
17     suite out or their product out for WordPerfect 95, you know,
18     as soon as possible and certainly within some reasonable
19     time period, you know, 30, 60 something days of the release
20     WordPerfect 95 in August.  That was a really important thing
21     that everybody knows.  It is a very important consideration,
22     and here we have in October 6, 1995 Novell finally
23     announcing that they're going to not be able to ship until,
24     quote, early in 1996.
25     Q.   Did your look at the stock market effect?  The effect
```

```
 1   on the stock market of that announcement?

 2   A.   Yes, I did.

 3   Q.   What did you find?

 4   A.   The stock market fell by about -- do we have the slide?

 5   Here we are.  Good.  We are back to this.

 6        This is our last event, and it is apparently in green,

 7   and what you can see is it is pretty sizable.  On October 6,

 8   1995 Novell comes out with an earnings announcement and its

 9   delay and the stock price falls by over a million dollars.

10   Q.   Over a billion did you say?

11   A.   Over a billion.

12        THE COURT:  The stock price doesn't, but the total

13   value --

14        THE WITNESS:  I am sorry.  Yes.  That would have

15   been -- my apologies.

16        MR. TASKIER:  Thank you, Your Honor.

17        THE WITNESS:  That would have been a great time to

18   short.

19        THE COURT:  Yes, it really would.

20   BY MR. TASKIER

21   Q.   The total value of Novell's stock fell by over a

22   billion dollars?

23   A.   That's right.  Yes.  What I did -- here it is again.

24   We have blown it up a little bit, but you can see it comes

25   down like this.  The total loss in market value was 1.77
```

1    billion for these two days.  The $41 million I have to

2    subtract that out, because that is not apparently due to the

3    lack of the Windows 95 product, that is lower sales for,

4    say, Perfect Office.

5        And so what I'm left with is $1.136 billion in

6    unexplained fall in the value.  What I'm saying is to me it

7    is reasonable that that fall in value was due to the

8    announcement to the market that Novell was now going to be

9    seriously late in coming up with its application for Windows

10   95, and that the market may not have known why that was

11   happening.  They may not have known anything at all about

12   namespace extensions or what Microsoft -- or anything like

13   that.  Basically all they know is that on October 6, 1995

14   this announcement says we're going to be late.  The market

15   looked at that and said what is going to be the cost to

16   Novell of doing that?  How is that going to effect

17   applications revenue and profits?  They drop the value of

18   the stock by over a billion dollars.

19       That billion dollars provides another estimate of what

20   the market thought the delay was going to cost Novell.  And

21   that in turn is related to the point of the namespace

22   extensions.  So in that sense it becomes another way of

23   asking do we have a number from the financial markets that

24   estimates the impact of what Microsoft did in pulling these

25   namespace extensions?

1  Q.   Does this estimate rely on the ability of the financial

2  markets to accurately evaluate the effects of that?

3  A.   Yes, it certainly relies on their ability to assess the

4  effects of the late -- to this market or the expectations of

5  being late to the market.  And so while it does, again, rely

6  on financial markets, it is a much quicker and more direct

7  way of getting there than going through multiple event

8  studies in order to figure out what the overpayment looks

9  like.  So it gives me another way of saying am I coming up

10 with what looks like a reasonable number?

11 Q.   Let's just revisit it.  In March of 1994 there was the

12 announcement that Novell was buying WordPerfect and

13 QuatroPro, and the stock on that announcement fell by your

14 calculation somewhere between 1.7 and $1.9 billion?

15 A.   Correct.

16 Q.   And there is a difference of opinion between you and

17 Dr. Hubbard as to whether that is attributable to

18 overpayment for WordPerfect and QuatroPro, that is his

19 position, or a loss of focus on the part of Novell's

20 management on its core business, the NetWare business.

21      Does this stock price decline have any bearing on your

22 analysis and your determination that it was focused on

23 the loss of focus issue?

24 A.   I think it provides you with a metric to test our two

25 hypotheses.  There are two hypotheses and you try to find a

1    test for those hypotheses.  You know, the way I see what

2    happened here, the way I interpret it as an economist, is

3    that if we ask the question when did the market really first

4    discover the effects of Microsoft's bad acts?  I think that

5    the answer is largely that they discovered it on October 6,

6    1995 when they discovered that this application was going to

7    be late to the market.  Okay.

8        Now, so I would say that that is where the market

9    values the effects of the bad acts.  All right.  Now, what

10   does that mean in terms of the other events?  The

11   implication is that if we look at the fall in Novell's value

12   at the time of the acquisition, then I see that as primarily

13   a concern or a lack of focus.  In other words, the fall that

14   we see in March of 1994 is not a fall in the value of the

15   applications, it is the market's fall in the value of

16   NetWare, because Novell is not going to focus on its NetWare

17   product, and it is not going to make as much money in

18   NetWare.  Okay.

19       So the March of '94 fall is really a NetWare problem.

20   Okay.  What happens in October of 1995 is the market

21   discovers that we now have an applications problem.  That is

22   the way I see it, and that is why it is also true that when

23   the focus problem is partially solved by the sale, what we

24   see is we see a recovery back up again.  Okay.  So that is

25   the way I see what is going on here.

1        And the contrasting explanation is that the fall in the

2   value of the acquisition in March of 1994 was due to

3   overpayment for applications, so what that story says is it

4   was in March of '94 that the applications effect hit.  Well,

5   you know, if the value of Novell fell in March of '94 by

6   over a billion dollars because the market basically wrote

7   down completely the value of the applications, down to

8   something like $200 million, then you're stuck with the

9   question of what happened in October of 1995?  Because if

10  the market had already written off all these applications in

11  Novell's hands as useless, they didn't need the information

12  in October of '95.  They already knew that these

13  applications were no good.  There would be no reason for the

14  value of the stock to fall.

15       Essentially you have to explain why the shares would

16  fall over a billion dollars on October 6, 1995, when news of

17  the delay came out, if you already thought that that was

18  already baked into the value of the stock way back in March

19  of 1994.

20  Q.   I think that makes that pretty clear.  Let's talk

21  about --

22            MR. TASKIER:  Maybe it doesn't, Judge.

23            THE COURT:  No.  No.  What you think is pretty

24  clear, probably if I was Mr. Jardine I would want to object

25  to, but I will resist.

1          Just move on.

2          MR. JARDINE:  I am trying to give Mr. Taskier some

3  leeway, Your Honor.

4          THE COURT:  The question is what the jury is going

5  to think in the final analysis.

6  BY MR. TASKIER

7  Q.   Thank you.

8       Let's talk about this last approach, the forecast of

9  revenue and profits.

10      Does this approach depend on an analysis of the

11  movement of financial markets?

12  A.   No, it does not.

13  Q.   Can you tell the jury what this approach is and how you

14  went about doing it?

15  A.   I will try to do this pretty quickly.

16      What this approach is, as I mentioned before, is it

17  tries to look at where Novell was before the introduction of

18  Windows 95, and look at that position and then say, you

19  know, if we just looked at where they were before the

20  release of Windows 95, how would we expect them to do in the

21  future if nothing bad had happened to them?  This is the

22  but-for world.

23      What I did to do that is I tried to look at the

24  experience of other software firms that were in a similar

25  position to WordPerfect in its market.  That is the

1    question, you know, what happened to the market share of

2    those firms typically after Windows 95 was introduced?

3         And so to look at what happened to their shares

4    typically, and from that try to go to what would have

5    happened to WordPerfect's revenues.  What would have

6    happened to the profits?  What would have happened to the

7    value of WordPerfect if, in fact, they had behaved as they

8    would have expected to behave before the introduction of

9    Windows 95?

10   Q.   So you start with what happened to WordPerfect before

11   Windows 95 was released and then after?

12   A.   Yes.

13   Q.   Do you have a chart to show that?

14   A.   Yes, sir.  Well, you have seen variants of this.  This

15   is the earnings by quarter, in case you're looking at the

16   numbers on the side, this is each quarter of the revenue of

17   the Novell and Corel business applications.  Novell is in

18   blue and Corel is in red.  We have, of course, the event

19   here which is the launch of Windows 1995.

20        What I have here is I have a base period for the launch

21   of Windows 95, which is through the first half of Windows

22   95.  So I'm going to begin with sort of right in here, and

23   then what I'm going to try to do is I'm going to

24   construct -- I'm going to go look at a set of comparable

25   companies.  I have 25 comparable products.  And I ask the

```
 1   question to get some comparison, what happened to the shares
 2   of the number two firm in this market?  What I'm assuming is
 3   that this is a market in which Novell was and would continue
 4   to be number two, and Microsoft would continue to be number
 5   one, and what would typically happen to the market share and
 6   the sales of the company that was number two in a bunch of
 7   software markets?  I have about 25 software products.
 8        So what I did is I did that and I looked at the
 9   average, and I used that to project out what one would have
10   expected, based on these other companies, what you would
11   expect to have happened if you were standing there, you
12   know, before the launch of Windows 95 and said I want to
13   forecast into the future for this company.
14   Q.   Did you do that?
15   A.   Yes.
16   Q.   Do you have a chart that shows that?
17   A.   Yes.  That is our green line here.
18        Now, one thing to note is that in my estimations of
19   seconds, what I have is that WordPerfect's -- sorry,
20   Novell's share falls, the number two firm, and the share of
21   the number two firm in an industry like this tends to fall
22   somewhat over time, but the market itself is going quite
23   rapidly.  So even though I'm projecting a fall in Novell's
24   share, I am still picking up an increase in sales.
25        The green line is that forecast based on what was
```

1    happening to other companies, and the red, of course, is

2    what actually happened to Corel.  As you can see, it was

3    quite a difference.

4    Q.   To be clear, you have taken 25 other software company's

5    products --

6    A.   Yes.

7    Q.   -- that are in second place, similarly situated to

8    Novell and WordPerfect, and you have projected those

9    companies because those companies were stock companies that

10   had any anticompetitive effects by Microsoft?

11   A.   That is right.  That is my control group, which is

12   people that have not been conducted by the bad conduct.

13   Q.   So you project as a forecast what would have happened

14   in the but-for world to Novell if Microsoft had not

15   de-documented the name space extension APIs?

16   A.   Exactly.

17   Q.   And that is the market share that you believe Novell

18   would have had, sales revenue market share that Novell would

19   have had?

20   A.   That is the sales revenue, yes.

21   Q.   I notice that your chart ends in 2002.  Does that mean

22   that Novell's productivity applications would have stopped

23   generating revenue?

24   A.   No.  2002 is there because that is the end of the

25   analysis that I have, but what I do technically, and I don't

1    want to spend too much time on this, is I come to 2002 and I

2    have to calculate what is basically called terminal value.

3    It is what the business would have sold for in 2002.

4        And then what I have to do is I have to take all of

5    this back to 1996 when they actually sold to Corel.  So I'm

6    going to take that terminal value, and I am going to take

7    the net profits after taking out for costs and things like

8    that, I am going to take my net profit back to get to what

9    that flow of profits would have been worth in 1996.  You

10    know, the valuation in 1996, and what they should have been

11    able to sell it for, when instead what they sold it to Corel

12    for in '96.  The difference between that then becomes an

13    alternative measure of damages.  That is the $1,000,119,000

14    on the right.

15    Q.    How do you go from these revenues in the but-for world

16    to lost profits?

17    A.    Well, you have to -- it is a multi step.  I have

18    revenues and I have to take the revenues, and from revenues

19    I have lost profits, and that means I have to subtract out

20    incremental costs, because the stuff has cost us.  So what I

21    do is I try to estimate the relationship between revenues,

22    incremental revenues and incremental profits or incremental

23    costs, and this is an industry in which the increment margin

24    or the gross margin, however you want to think of it, is

25    very, very high.  You know, most of costs of software are,

1    you know, writing the software, so when you sell more

2    software the costs that you incur are the packaging and the

3    distribution and the support costs.  Generally speaking

4    those are like often only about 20 or 30 percent of the

5    total costs.

6         Once you have got the product, you know, there the

7    incremental margin is pretty high.  A very high share

8    normally of any increase in revenue is going to go straight

9    to the bottom line.  In this particular case I estimated

10   that relationship in several ways, and the most conservative

11   number I can come up with is the incremental margin I think

12   of about 45 percent.  That is well below the margin that

13   Mr. Riggs had, for example, in Office in '85, and I think

14   Mr. Gates made the comment that the margins in this industry

15   are usually around 70 percent.  I am trying to be very, very

16   conservative in moving from revenues to profits.

17   Q.   Is that the Raikes e-mail to Warren Buffet -- 360 -- is

18   this what you relied on?

19   A.   Yes, that is it.  That was the Raikes memo that I had

20   up before.

21   Q.   And he relates an 85 percent profit margin?

22   A.   Exactly.  I used, I think, about 45 percent.

23   Q.   When you decrease your profit margin less than 85

24   percent, what does that do to damages?

25   A.   That means that my number is much lower, because the

1    revenues are going to a much lower amount of profits because

2    I have assumed costs are really much higher.  Even when I do

3    that, I still come up with a number of $1.119 billion.

4    Q.    So that is the last number on your hardboard chart,

5    $1.119 billion from the forecast of revenue profits in this

6    but-for world?

7    A.    That is correct.

8    Q.    Now, did you do any other analysis to determine what

9    other factors might have explained how Novell's share

10   resolved, compared to the second place product analysis that

11   you put up in front of the jury just now?

12   A.    I did a somewhat more complicated version.  In this

13   version I simply looked at the average experience of second

14   place firms, and used that to project out my sort of what

15   would have happened but for Novell, but I also used a more

16   complex approach, an -- model or a regression model --

17   Q.    Say that again.  I didn't hear it.

18   A.    I'm sorry.  Maybe I should hold that.

19         I constructed a statistical model which enabled me to

20   take into account a number of other factors that might have

21   effected -- and so I constructed that model and came out

22   with an estimate of the projection or forecasts of sales

23   revenues and profits, and that was a little bit lower, I

24   think somewhere around 970 million.

25   Q.    Did that give you confidence with respect to your

1    forecasts?

2    A.    Well, you know, the issue that you're trying to address

3    is, is there something else that could explain what is going

4    on.  And so as a statistical matter I try to take into

5    account a number of other factors that might have effected

6    the valuation and, you know, when I put all of those in I

7    get a slightly smaller number.

8    Q.    I think we are almost done, Dr. Warren-Boulton.

9        Let's just quickly look at your hardboard chart and

10   tell the jury your views of these damages numbers and which

11   you think should control.

12   A.    Well, I am an economist and, you know, I have a belief

13   in the ability of financial markets to rapidly and correctly

14   evaluate information.  And as a result my primary choice

15   would probably be the purchase versus sales using the

16   financial market of 976.

17       On the other hand, I am a perfectly reasonable person,

18   and I could say I don't have that much faith in the ability

19   of financial markets to do all of this complicated analysis

20   accurately and, you know, what I would rather do is I would

21   rather rely on Lotus Management and Lotus Management's

22   estimate of what the value of these assets were worth when

23   Novell bought them.  In that case I think one would go with

24   the Lotus bid of 1.229.

25       I think the other two are essentially, once again,

1    corroborative.  They each are done basically so that I can

2    get a feeling for it, or if I do it in different ways do I

3    get a number that is very, very different, which is going to

4    create concerns for me.  The short answer is that because I

5    have these other ways of looking at estimating damages, it

6    really just gives me as an economist, you know, a real

7    confidence that my estimate of 976, you know, is a

8    reasonable estimate.

9            MR. TASKIER:  Thank you, Dr. Warren-Boulton.

10           Your Honor, I pass the witness.

11           THE COURT:  Mr. Jardine, if I were you I would

12   like a break now, but their lunches haven't been arriving

13   until about a quarter of.

14           Do you mind getting started?

15           MR. JARDINE:  I will do it either way, but I do

16   have a motion to make outside the presence of the jury, Your

17   Honor.  Whatever you want to do.  I can start.

18           THE COURT:  Why don't you approach the bench.

19           (WHEREUPON, a bench conference was begun.)

20           MR. JARDINE:  Your Honor, there are a number of

21   points on which he has testified to facts that were not

22   presented by Novell in its case in chief.

23           THE COURT:  Which ones?

24           MR. JARDINE:  Well, I would say on this last

25   thing, I think he testified with respect to Dr. Alepin, and

```
 1    he never testified as to when the product would be ready,

 2    and I will deal with that on cross, but he testified with

 3    respect to Unix and he testified with respect to -- I am

 4    drawing a blank here -- with respect to a lot of delay, the

 5    delay to Windows, and I could make a list, but --

 6            THE COURT:  The one that struck me, and I just

 7    assumed I missed it, was the decreased functionality.

 8            MR. JARDINE:  I don't remember that.

 9            MR. TASKIER:  I disagree with you, Mr. Jardine.

10            THE COURT:  I don't think it is there.

11            I am overruling the objection.  I think that that

12    struck me, but I assumed my recollection was faulty, and

13    Mr. Taskier wouldn't have it on the chart unless it was

14    there.

15            MR. TASKIER:  I would not have elicited it, Your

16    Honor, unless --

17            THE COURT:  As far as the other --

18            MR. JARDINE:  I agree that that is one of the

19    points, but I just wanted to have this for the record.

20            THE COURT:  No.

21            MR. JARDINE:  I am willing to start now.

22            MR. TASKIER:  Thank you, Your Honor.

23            (WHEREUPON, the bench conference was concluded.)

24            THE COURT:  Mr. Jardine has said he is willing to

25    start, and that is very nice of him, so let's go about ten
```

1    minutes.

2            MR. JARDINE:  I am going to hand Mr. Taskier a set

3    of the slides we'll use.

4            THE COURT:  Of course.

5            MR. TASKIER:  Thank you.

6                        CROSS-EXAMINATION

7    BY MR. JARDINE

8    Q.   Good morning, Mr. Warren-Boulton.  My name is Jim

9    Jardine.  We have never met before.  I am one of the lawyers

10   for Microsoft.  I am sorry we have to become acquainted in

11   this setting.

12   A.   It is good to meet you anyway.

13   Q.   I would like to explore with you through the course of

14   my examination some of the assumptions and judgments and

15   choices that you made in constructing your model, but I

16   would like to go back for a few minutes to the beginning of

17   your testimony and your qualifications.

18        I don't believe, and I may not have heard it, that Mr.

19   Taskier asked you what your hourly rate is for the work

20   you're performing for Novell.

21   A.   No, he did not.

22   Q.   What is that rate?

23   A.   $700 an hour.

24   Q.   I think you testified that you're at MiCRA and have

25   been there since you founded it in 1989, or was it '91?

```
 1   A.    1991.

 2   Q.    And is the primary focus of your professional activity

 3   providing expert testimony in litigation?

 4   A.    I would say that is the majority of it, yes.

 5   Q.    I was not clear about this, but in how many cases have

 6   you testified actually at a trial as an expert witness?

 7   A.    I --

 8             THE COURT:   One too many.

 9             THE WITNESS:   Yes.

10   BY MR. JARDINE

11   Q.    I don't need an exact number.

12   A.    I don't know.   Ten.

13   Q.    How many of those have been against Microsoft?

14   A.    One.

15   Q.    When you agree to serve as an expert witness, when you

16   undertake that assignment, given the number of choices and

17   judgments that you have to make in the course of

18   constructing your models or methods, do you think it is

19   important to approach that assignment with an open mind?

20   A.    Of course.

21   Q.    And to try to make judgments when you're faced with

22   them as an economist as objectively as you can?

23   A.    I should hope so, yes.

24   Q.    Do you consider yourself a person that has a bias

25   against Microsoft?
```

1    A.    No.    I can explain why.

2    Q.    Did you once say to a jury, and I quote -- excuse me, a

3    reporter, and I quote, that Gates is like smallpox.    You

4    have to go in there and you have to nail it.    If you leave

5    it lying around, it will just come back?

6    A.    I don't remember saying that, but that is quite a

7    statement.

8              MR. JARDINE:    Your Honor, may I approach the

9    witness?

10             THE COURT:    Yes.

11   BY MR. JARDINE

12   Q.    Dr. Warren-Boulton, this a copy of a column or an

13   article in The New York Times dated January 21, 1998 by

14   Maureen Doud.    If you will turn to the second page, in the

15   third paragraph, do you see Mr. Gates, it begins with

16   Mr. Gates?

17   A.    Has gone from?

18   Q.    Yes.    It reads, Mr. Gates has gone from Horatio Alger

19   similes to virus similes.    Frederick Warren-Boulton, another

20   antitrust expert, told The New Yorker, quote, Gates is like

21   smallpox.    You have to go in there and you have to nail it.

22   If you leave lying around, it will just come back, close

23   quote.

24        Does that refresh your recollection that you made such

25   a statement to a reporter?

1    A.    Well, first of all, I certainly don't remember making

2    the statement to a reporter, and I can't guarantee that it

3    is the right statement, but this is apparently a report by a

4    reporter.   The lesson being, you should never talk to

5    reporters.

6    Q.    Do you see yourself as someone, to use your words, who

7    is trying to nail Mr. Gates or Microsoft?

8    A.    No, not at all.

9    Q.    I think you testified that you prepared a report as

10   part of the litigation process that summarized your opinions

11   about damages.

12   A.    That is correct.

13   Q.    And then Professor Hubbard, whom you have described,

14   prepared a response to your report?

15   A.    That is correct.

16   Q.    And then you prepared a reply to his?

17   A.    That is correct.

18   Q.    And that would contain the opinions that you have

19   rendered today?

20   A.    Yes.

21   Q.    Right.   We did receive some additional opinions, some

22   things that you have added to a revise on Monday of this

23   week, correct?

24   A.    I think there are some minor revisions, yes.

25   Q.    For instance, the second line of your estimated damages

```
 1    chart had not been provided in your report.  That was
 2    something that was provided to us Monday, correct?
 3    A.   That is correct, although you can obviously figure that
 4    out pretty simply from what is in the report.
 5    Q.   I hope I can.  We'll see.
 6    A.   Yes.
 7    Q.   Now, as I said, I would like to go through your
 8    approaches and the assumptions and choices that you have
 9    made, but as you noted, and I just want to again note,
10    Professor Hubbard disagrees with you in a number of places,
11    and I will try to highlight the differences as we go
12    through, but I want to just note the appropriateness of your
13    comment that I hope the jury will wait to hear his
14    explanations for why he made the choices that he did.
15    A.   Of course.
16    Q.   Now, I think, if I understood it, you're offering
17    opinions on two things.
18              MR. JARDINE:  If I could have Mr. Goldberg pull
19    up --
20    BY MR. JARDINE
21    Q.   Well, I'm not going to use your slide.
22         I understand that one of the things that you were asked
23    to provide an opinion on, the primary thing was to estimate
24    the amount of monetary damages to the Novell WordPerfect
25    office productivity applications business during the period
```

1    that Novell owned it, which would have been June of 1994

2    through March of 1996?

3    A.   I was asked to estimate the change in the valuation,

4    yes.

5    Q.   To be clear, I think you said that you are not offering

6    any opinion as to liability?

7    A.   That is correct.

8    Q.   By that we mean you're not offering any opinion as to

9    whether or not the acts you were asked to assume as

10   anticompetitive were in fact anticompetitive?

11   A.   My understanding is that that is the responsibility of

12   Dr. Noll.

13          THE COURT:  It is actually the responsibility of

14   those 12 people sitting over there.

15          THE WITNESS:  It was his task and your

16   responsibility.

17          MR. JARDINE:  Let me ask Mr. Goldberg if he will

18   put up the third slide you were shown, Microsoft's

19   anticompetitive conduct harmed Novell by --

20   BY MR. JARDINE

21   Q.   As to paragraph number one, I understand, Dr.

22   Warren-Boulton, that you are not offering any opinion as to

23   whether the delay in the release of products by Novell was

24   due to actions by Microsoft?

25   A.   As an economist I find that perfectly reasonable, but

1    you're correct in saying that I'm relying on the testimony

2    of the fact witnesses in this case.

3    Q.    All right.  And in your report, as I understand it,

4    your methods and approaches assume -- you assume that but

5    for the withdrawal of the documentation of the namespace

6    extension APIs Novell would have released its Windows 95

7    product at least by September of 1995?

8    A.    Yes.  At least close enough to the release of Windows

9    95 so that there would not be a substantial effect on their

10   sales, yes.

11   Q.    And you're not offering any independent opinion about

12   that fact.  As I understand it, you have relied on Mr.

13   Alepin?

14   A.    Well, at the time I relied on Mr. Alepin.  Since then

15   we have had the testimony of Mr. Harral and Gibb and

16   Richardson.  I would say at this point what I am relying on

17   is the testimony of those three witnesses.

18   Q.    Are you relying on anything Mr. Alepin testified to

19   with respect to that?

20   A.    I think that Mr. Alepin in turn presumedly is relying

21   on his own work and on the testimony of the fact witnesses.

22   I would say that we have three fact witnesses who were there

23   and went through the whole experience at the time, and that

24   is why I would say that those were the people on the ground

25   and they are the people who were there.  You know, I would

 1   tend to personally rely on the testimony that was given here

 2   by Mr. Harral, Gibb and Richardson.

 3   Q.    If I understood your answer there is not anything that

 4   Mr. Alepin testified to at the trial with respect to whether

 5   or not these products would have been to market by at least

 6   September of 1995 for purposes of your opinions?

 7   A.    That is correct.

 8   Q.    Now, the second point of this slide is it talks about

 9   reducing the functionality and performance of the

10   applications that were eventually released in May of 1996.

11   I gather you have done no independent study or investigation

12   with respect to that?

13   A.    That is correct.  Once again, I think the people who

14   know the most about that are the fact witness who have

15   testified.

16   Q.    And are you relying with respect to that assumption on

17   any testimony Mr. Alepin offered at the trial before this

18   Court?

19   A.    Not to my knowledge, no.

20          THE COURT:  Let me just say that I honestly don't

21   remember that, but it is your recollection is what controls,

22   and Mr. Taskier says that Mr. Gibb testified to that, and

23   obviously your recollection is going to control and I have

24   no doubt with what Mr. Taskier told me.  I am just telling

25   you that I don't remember that, but it is your recollection

1    that controls.

2             MR. JARDINE:  Your Honor, I am ready to transition

3    to a new subject.

4             THE COURT:  Why don't we stop for lunch and we'll

5    see everybody at five after 12:00.

6             (Recess)